**SELF INITIATED AMENDMENT**

CHAMBERS OF
ROGER J. MINER
CIRCUIT JUDGE
UNITED STATES COURTHOUSE
445 BROADWAY, SUITE 414
ALBANY, NY 12207

May 31, 2007

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C.   20544

Dear Judges:

This letter is to be considered an Amendment to my Financial Disclosure Report for Calendar Year 2006.

Item IIIA pertaining to Non-Investment Income should be amended to disclose that as of December 31, 2006 I received retirement income of $16,728.48 from the New York State Employees' Retirement System - Pension.

I have reported income from this source on my Financial Disclosure Report for many years and regret that it was inadvertently omitted from the Report for 2006 which I filed on April 30, 2007

Yours very truly,

Roger J. Miner

RJM/sjh

# UNITED STATES COURT OF APPEALS
## SECOND CIRCUIT

**SELF INITIATED**
**AMENDMENT**

CHAMBERS OF
**ROGER J. MINER**
CIRCUIT JUDGE
UNITED STATES COURTHOUSE
445 BROADWAY, SUITE 414
ALBANY, NY 12207

May 3, 2007

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C.   20544

Attention:  Mr. Chandler Patterson

Dear Mr. Patterson:

In response to your e-mail of today's date, this is to advise that the correct date of the Report should be the date that I signed the Report, namely April 30, 2007.

I trust that this is an adequate response to your inquiry.

Yours very truly,

Roger J. Miner

RJM/sjh

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Miner, Roger J | U.S. Court of Appeals | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Senior) | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse 445 Broadway, Room 414 Albany, NY 12207 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -2 A 11: 20 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York State Bar Association | Transportation -- 144.70 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alltel Corp. | A | Dividend | J | T | | | | | |
| 2. American Electric Power Co. | A | Dividend | J | T | | | | | |
| 3. AT&T Inc. | C | Dividend | M | T | | | | | |
| 4. Bank of America | D | Dividend | M | T | | | | | |
| 5. Bell South | C | Dividend | | | Merger AT&T | 12/29 | | | |
| 6. CH Energy Group, Inc. | A | Dividend | K | T | | | | | |
| 7. Comcast | | None | K | T | | | | | |
| 8. Embarq Corporation (Spinoff from Sprint Nextel) | A | Dividend | J | T | Spinoff | 05/17 | | | |
| 9. Exxon Mobil Corp. | D | Dividend | O | T | | | | | |
| 10. First Energy | B | Dividend | K | T | | | | | |
| 11. Fort Dearborn Income Securities | A | Dividend | J | T | | | | | |
| 12. Gencorp Inc. | | None | J | T | | | | | |
| 13. GETECH | A | Dividend | | | Sell | 10/05 | K | E | |
| 14. (The) Hartford Financial Services Group, Inc. | A | Dividend | K | T | | | | | |
| 15. Hess Corp. (formerly Amerada Hess Corp.) | A | Dividend | K | T | | | | | |
| 16. Host Hotels and Resorts (Spinoff from Starwood Corporation) | A | Dividend | J | T | Spinoff | 06/03 | | | |
| 17. I.B.M. | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ ' NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Idearc (Spinoff from Verizon Communications) | A | Dividend | J | T | Spinoff | 11/07 | | | |
| 19. ITT Corp. (formerly I.T.T. Industries, Inc. ) | A | Dividend | J | T | | | | | |
| 20. Key Corp. | D | Dividend | M | T | | | | | |
| 21. MetLife | A | Dividend | J | T | | | | | |
| 22. National Grid Group | A | Dividend | J | T | | | | | |
| 23. NCR | | None | J | T | | | | | |
| 24. Omnova Solutions, Inc. | | None | J | T | | | | | |
| 25. P.S.E.G. Inc. | A | Dividend | J | T | | | | | |
| 26. Qwest Comm. International Inc. | | None | J | T | | | | | |
| 27. Rayonier | A | Dividend | K | T | | | | | |
| 28. Ryerson Tull | A | Dividend | J | T | | | | | |
| 29. Southern Co. (The) | B | Dividend | K | T | | | | | |
| 30. Sprint-Nextel | A | Dividend | K | T | | | | | |
| 31. SPX Corp. | A | Dividend | K | T | | | | | |
| 32. Starwood Hotels & Resorts | A | Dividend | J | T | | | | | |
| 33. TXU | A | Dividend | K | T | | | | | |
| 34. Verizon Communications | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vodafone Airtouch PLC | C | Dividend | K | T | | | | | |
| 36. Windstream (Spinoff from Alltel Corp.) | A | Dividend | J | T | Spinoff | 07/29 | | | |
| 37. Alliance Capital A -Growth & Income Fund | B | Div/Cap Gain | M | T | | | | | |
| 38. Black Rock Large Cap. Equity Fund (form. Black Rock Inv. Tr) | A | Div/Cap Gain | L | T | | | | | |
| 39. Century Shares Trust | D | Div/Cap Gain | K | T | | | | | |
| 40. Dreyfus Fund (KEOGH PLAN) | E | Div/Cap Gain | N | T | | | | | |
| 41. Legg-Mason (form. Salomon Bros.) (including capital gains) | E | Dividend | M | T | Renamed | 11/20 | | | |
| 42. Midas Spec. Equities Fund | | None | J | T | | | | | |
| 43. Neuberger-Berman Manhattan Fund | | None | K | T | | | | | |
| 44. Oppenheimer Bond Fund Class A | A | Div/Cap Gain | J | T | | | | | |
| 45. River Source (RVS Balanced Fund) | A | Div/Cap Gain | K | T | | | | | |
| 46. River Source (RVS Stock Fund) | | None | | | Sell | 01/09 | K | C | |
| 47. Robeco Fund (formerly Weiss Peck Greer-WPG Fund, Inc.) | A | Div/Cap Gain | K | T | | | | | |
| 48. T.E. Securities Trust Series #19 | A | Interest | J | T | | | | | |
| 49. Municipal Bond Fund Series #37 | A | Interest | J | T | | | | | |
| 50. Franklin New York Tax Free A Income Fund | B | Interest | L | T | | | | | |
| 51. Oppenheimer-Rochester Fund Municipals | A | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Miner, Roger J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Key Bank, N.A. (various accounts, including IRAs) | C | Interest | M | T | | | | | |
| 53. McDonald Investments Victory Prime (form. Prudential-Bache) | A | Interest | J | T | | | | | |
| 54. U.S. Savings Bonds | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date _April 30, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544